UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ELIZABETH H. MCKINNY, )
)
      Appellant, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-176-FL
)
DAVID R. ALLISON, )
)
      Appellee. )
)
IN RE: )
    DAVID R. ALLISON, )
)
    Debtor. )
    Case No. 11-0472808-SWH )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court entered August 29, 2012.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2013, that the bankruptcy court's decision denying appellant's motion for summary judgment is AFFIRMED. This matter is REMANDED to the bankruptcy court for further proceedings in accordance with the court's order.

**This Judgment Filed and Entered on October 29, 2013, and Copies To:**

Jason A. Miller (via CM/ECF Notice of Electronic Filing)
Jeffrey Michael Cook (via CM/ECF Notice of Electronic Filing)

October 29, 2013                    JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk